**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Omar VILLALTA–CASTRO, Defendant—Appellant.**

No. 07–50308.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 1, 2007.*

Filed Oct. 10, 2007.

Thomas P. Sleisenger, Esq., Michael J. Raphael, Esq., Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff-Appellee.

Elizabeth A. Newman, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: B. FLETCHER, BERZON and IKUTA, Circuit Judges.

MEMORANDUM **

The parties' joint motion for summary reversal and remand is granted. Defendant's sentence is vacated. *See* 18 U.S.C. §§ 3583(b)(3), 3583(e)(3), 3583(h). This

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

appeal is remanded to the district court for the purpose of re-sentencing defendant.

**VACATED and REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable John R. Gibson, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.